```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :
                                    :
PHILLIP RUIZ,                       :     21 Cr. 596 (LAK)
                                    :
          Defendant.                :
                                    :
------------------------------------x
```

[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/24/2022

   WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Gabriel Gorenstein on September 29, 2021;

   WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          1/12, 2022

                                    _____
                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK